# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

FILED
8/20/2020
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | Criminal No. 3:20-cr-114-J-34MCR |
| ERNEST MALONEY PAGE, IV | |

I, Ernest Maloney Page, IV, the above named defendant, who is accused of conspiracy to commit bribery concerning a program receiving federal funds, in violation of 18 U.S.C. § 371, being advised of the nature of the charge(s), the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

_____
ERNEST MALONEY PAGE, IV
Defendant

_____
DAVID COLLINS, ESQ.
Counsel for Defendant

Before _____
Judicial Officer