**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                     CASE NO. 3:20-cr-114-J-34MCR

ERNEST MALONEY PAGE, IV

**REPORT AND RECOMMENDATION[1]
CONCERNING PLEA OF GUILTY**

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P. and Rule 6.01(c)(12), M. D. Fla. Rules, and has entered a plea of guilty to Count One of the Information. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

**DONE** and **ORDERED** in Jacksonville, Florida on this 3rd day of September, 2020.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Honorable Marcia Morales Howard,
United States District Judge
Jodi Wiles, Courtroom Deputy
Assistant United States Attorney (Karase)
David Collins, Esq.
United States Probation Office
United States Marshal Service

---

[1] The parties have agreed to waive the fourteen (14) day objection period to this Report and Recommendation. 28 U.S.C. §636(b)(1)(B), 6.02, M.D. Fla. Rules.