# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:20-cr-114-J-34MCR

**ERNEST MALONEY PAGE, IV**

## AGREED MOTION TO CONTINUE

The Defendant, **Ernest Maloney Page, IV**, hereby states;

1. The Defendant **Ernest Maloney Page, IV** request the sentencing hearing presently set for December 7th, 2020 at 10:15 AM be continued.

2. Mitigation discovery is ongoing.

3. AUSA Kelly Karase has been contacted and has no objection to this request of a 90 day continuance.

4. It is in the interest of justice to grant this motion.

Submitted this day 1st of December 2020

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and sent through E-mail, to the Office of the United States Attorney Kelly Karase @ Kelly.Karase@usdoj.gov, and emailed to the Honorable MR, this  1st  day of December , 2020.

/s/ David W. Collins
DAVID W. COLLINS, ESQ.
Fla. Bar No.: 475289
P.O. Box 541
Monticello, FL 32345
Office: (850) 997-8111
Fax: (850) 997-5852
E-mail: collins.fl.law@gmail.com